| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Robert A. Rich (RR 4892)<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1132<br>rrich2@hunton.com<br><br>*Attorneys for RBS Citizens* | Order Filed on April 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CRAIG D GEILER<br><br>                                    Debtor(s). | Case No.:   10-22008<br><br>Chapter:  13<br><br>Honorable Judge Michael B. Kaplan |

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: April 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim No. 2-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 10-22008-MBK
Craig Geiler                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 20, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
db             +Craig Geiler,    19 Finn Road,    Pittstown, NJ 08867-4201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2006-A8, Mortgage Pass-Through Certificates, Series 2006-H under the Pooling and Servicing Agreement date bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2006-A8, Mortgage Pass-Through Certificates, Series 2006-H under the Pooling and Servicing Agreement date bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of the Residential Asset Securitization Trust 2006-A8, Mortgage Pass-ThroughCertificates, Series 2006-H under the Pooling and Servicing Agreement dated jackerman@zuckergoldberg.com
              Kirsten B. Ennis    on behalf of Debtor Craig  Geiler pacerecf@ennislegal.com
              Robert A. Rich    on behalf of Creditor    RBS Citizens rrich2@hunton.com
              Steven W. Ianacone    on behalf of Creditor    IRS steven.w.ianacone@irscounsel.treas.gov
                                                                                                 TOTAL: 7